UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ANGELA HARRIS, ,  )
        Plaintiff, )
        )  NO. CV-04-0402-CI
    v. )
        ) **JUDGMENT IN A**
JO ANNE B. BARNHART, ) **CIVIL CASE**
Commissioner of Social Security, )
        Defendant. )
_____)

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **Reversed and Remanded** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

DATED this 6th day of September, 2005.

JAMES R. LARSEN
District Court Executive/Clerk


by: ___s/Linda Emerson_____
              Deputy Clerk

cc: all counsel